IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

DAVID A. SANDBERG,

      Appellant,

 v.
                       Case No.  5D21-1555
                       LT Case No. 2013-CF-003335-A-O

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed June 14, 2022

3.850 Appeal from the Circuit Court
for Orange County,
Mark S. Blechman, Judge.

F. Wesley Blankner, Jr., of Ali & Blankner,
Orlando, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and L. Charlene Matthews,
Assistant Attorney General, Daytona
Beach, for Appellee.


PER CURIAM.

     AFFIRMED.


COHEN, HARRIS and NARDELLA, JJ., concur.